**Ken Kenyatta WILSON, Appellant**

v.

**George W. BUSH, President, Appellee.**

No. 07–5157.

United States Court of Appeals,
District of Columbia Circuit.

Nov. 6, 2007.

Ken Kenyatta Wilson, Florence, CO, pro se.

BEFORE: GINSBURG, Chief Judge, and TATEL and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 23, 2007, be affirmed. The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." *Neitzke v. Williams,* 490 U.S. 319, 327–28, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Accordingly, the district court properly dismissed the case as frivolous.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.